# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130916
& (61)

STACEY McELHANEY, Next
Friend of Jerel McElhaney, a
Minor,
　　　　Plaintiff-Appellant,

v

HARPER-HUTZEL HOSPITAL,
f/k/a HUTZEL HOSPITAL,
　　　　Defendant-Appellee.

SC: 130916
COA: 254376
Wayne CC: 00-019546-NH

_____/

　　　On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

l0830